Glenn Dale CASTLE, a/k/a Glenn Dale
Cassel, a/k/a Dudley Lloyd Nichols,
Appellant,

v.

UNITED STATES of America,
Appellee.

No. 19434.

United States Court of Appeals
Fifth Circuit.

July 11, 1962.

Rehearing Denied Sept. 18, 1962.

See also 287 F.2d 657.

was in accordance with the mandate of
the Supreme Court and the applicable
provisions of law. 18 U.S.C.A. § 2314;
Claasen v. United States, 1891, 142 U.S.
140, 146, 12 S.Ct. 169, 35 L.Ed. 966;
Sinclair v. United States, 1928, 279 U.S.
263, 299, 49 S.Ct. 268, 73 L.Ed. 692;
Pinkerton v. United States, 1945, 328
U.S. 640 (Footnote 1), 66 S.Ct. 1180, 90
L.Ed. 1489; Reed v. United States, 5 Cir.,
1944, 142 F.2d 435; United States v. Wil-
liams, 7 Cir., 1959, 271 F.2d 434, 435,
cert. den'd, 1960, 361 U.S. 961, 80 S.Ct.
589, 4 L.Ed.2d 543; Fuentes v. United
States, 9 Cir., 1960, 283 F.2d 537, 539.

The appellant's motion to incorporate
the record of the former appeal of this
case, No. 18,395, is granted and that rec-
ord is made a part of the record on this
appeal. The judgment and order impos-
ing the sentence are affirmed, without
prejudice to the appellant's right to bring
proceedings under 28 U.S.C.A. § 2255 to
vacate the sentence for the reasons stated
in the appellant's brief on the merits.

Glenn Dale Castle, appellant, in pro.
per.

William L. Hughes, Jr., Asst. U. S.
Atty., Fort Worth, Tex., for appellee.

Before CAMERON, WISDOM, and
GEWIN, Circuit Judges.

PER CURIAM.

On this second appeal this Court holds
that the district court correctly limited
the proceedings to the resentencing of
appellant in compliance with the mandate
of the Supreme Court. Castle v. United
States, 1961, 368 U.S. 13, 82 S.Ct. 123,
7 L.Ed.2d 75. We find that the sentence